RECEIVED
IN LAKE CHARLES, LA
AUG - 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID D. CLIFFORD<br>A/K/A MICHAEL J. COLEMAN | : | DOCKET NO. 2:07-cv-43 |
| VS. | : | JUDGE MINALDI |
| RICHARD STALDER, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's claims seeking injunctive relief be **DENIED** and **DISMISSED** as moot;

**IT IS ALSO ORDERED** that plaintiff's civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE